**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6216**

KEN C. DAVIS,

       Plaintiff - Appellant,

   v.

ROBERT MCCABE; MAJOR SPRUILL; MRS. MCDONALD; MRS. JACKSON,

       Defendants – Appellees,

   and

COMMONWEALTH OF VIRGINIA; STU; HAROLD W. CLARKE,

       Defendants.


Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:16-cv-00179-MSD-LRL)


Submitted:  June 20, 2017                  Decided:  June 23, 2017


Before SHEDD, WYNN, and DIAZ, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Ken C. Davis, Appellant Pro Se.  Jonathan Lewis Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ken C. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Davis' informal brief does not challenge the basis for the district court's disposition, Davis has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*